# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS SMITH | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **MIDDLETOWN TOWNSHIP OF PENNSYLVANIA, et al.** | : | **NO. 23-2412** |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 25th day of February, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 18), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's due process and takings claims are hereby **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that, to the extent Defendants dispute the existence of a genuine issue of material fact as to Plaintiff's remaining claims, they shall file an appropriate motion within thirty (30) days of the entry of this Order.

BY THE COURT:

_____
HON. MIA R. PEREZ