# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS SMITH | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | |
| **MIDDLETOWN TOWNSHIP OF PENNSYLVANIA, et al.** | : | NO. 23-2412 |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 14th day of May, 2025, upon consideration of Defendants' Supplemental Motion for Summary Judgment (ECF No. 33), it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's remaining claims are hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
HON. MIA R. PEREZ